# Jennifer West

| | |
|---|---|
| **From:** | Nalini Gudimetta <pavan.nalini@gmail.com> |
| **Sent:** | Monday, August 23, 2021 12:26 PM |
| **To:** | McPherson, Theresa E. (USTP) |
| **Subject:** | Thank you to you and Peggy |
| **Attachments:** | india letter to Theresa.pdf |

I appreciate you and Peggy for helping me try to look into my sister's bankruptcy case that is closed. Please look at the case. She did not reveal all the properties in india. Thank you

US Trustee,

My father died in 2016, and my mother died a couple years before that. I have two siblings; one sister and one brother. Also, I have a son that I get along with; however, he is also close to my sister. At the time of his death, my father was living at sister's house in Glen Allen VA. The week after my father died, I went to my sister's house and while I was there, she called my brother on the speaker phone, and she read my father's Will to both of us. She indicated that there was no executor for his Will. Based on what she read, my father had the properties distributed between the three kids. At the time of his death, along with a house and other properties in India, my father also owned a business school in India. My sister did not disclose what was to happen with the business school. After she read the Will, I asked my sister for a copy of the Will and a list of all the properties that my father owned. She said her printer was not working. I then asked her if I could take the Will to some place such as Fedex to make copies of the Will for us. She thought that was bad idea, and said she would make copies and send to us later. That never happened. After that, I asked several times, but she never provided a copy of the Will to me. Soon after my father died, my father's brother, who lives in New Jersey, offered to help my sister sell the properties in India. She did not pursue this with him, and acted like she had other plans.

In 2017, my sister went back to India. She later told me that she hid my parent's expensive things (e.g., jewelry, antiques, etc…) at a friend's place. I asked her that she give my brother and me our share of these things. At that time, my sister was complaining that she did not have money, and she said she was planning to file for bankruptcy in the US. She also asked me and my brother to transfer all our rights to my father's properties and other things in India, such as bank accounts and lockers, to her. This included wanting us to sign a power of attorney giving her the rights to all the properties. At that time, both my brother and I refused to sign the power of attorney. My sister did file for bankruptcy in the US and then went to India.

In 2018, my son went to visit my sister in India, and he bought back the scanned documents that I am sending to you. Similar to my sister's earlier requests, my son was encouraging me and my brother to sign everything over to my sister's name. Again, I refused to do that. I continued to ask over the years the status of my father's properties, and continued to ask that she sell the properties, and give us our share. She refused to that.

The last several years, I have had health problems and I am currently on disability. In spite of that, I tried to contact people in India to look for the Will. My contacts in India could not find the Will. Subsequently, a friend heard that she illegally transferred my father's properties to her name only. My friend suspects that the reason that they were unable to find the original Will is that my sister had someone illegally alter the Will to indicate that only my sister was to inherit my father's properties. In early 2020, my friend was also able to get photos of the house and the business school. Both looked to be deteriorating badly.

Due to my health and COVID crisis, I was not up to checking on my sister when she came back to the US, and the bankruptcy case was closed. However, my sister did not disclose all the assets that are in India when she filed for bankruptcy. I would like your help to get to the bottom of things and reopen the bankruptcy case. At that point, I request that you ask her for the original will.

I appreciate all your help. Thank you.

*Nalu Gudimetta*
*8/22/21*